IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 15 2017

JAMES N. HATTEN, Clerk
By: /s/ Sewell
    Deputy Clerk

ACRYLICON USA, LLC
a Delaware limited liability company,

   Plaintiff,

v.

SILIKAL GMBH
a foreign company,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-1072-TWT

## VERDICT

### I.

### MISAPPROPRIATION OF TRADE SECRET

__✓__ We the jury find in favor of the Plaintiff ACRYLICON USA and award the Plaintiff $ __1,500,000__ as compensatory damages.

Or

_____ We the jury find in favor of the Defendant SILIKAL GMBH.

If you find in favor of the Plaintiff as to its Misappropriation of Trade Secret Claim, answer the following question:

Was the Defendant's conduct willful?

T:\CIVIL\Acrylicon v. Silikal\verdict.wpd

✓ Yes

___ No

## II.

## BREACH OF CONTRACT

We the jury award the Plaintiff for its Breach of Contract Claim the sum of $ __1,500,000__ as compensatory damages.

This __15TH__ day of May, 2017.

_____
FOREPERSON